UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LENORE ELLEN WALTERS,

    Plaintiff,

v.

CHALLENGE MFG.,

    Defendant.

_____/

Case No. 1:20-cv-191

HON. JANET T. NEFF

## ORDER

This is a civil action initially filed by a *pro se* litigant. Defendant filed a Motion to Dismiss (ECF No. 14). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 15, 2020 (ECF No. 18), recommending that Defendant's motion be granted and Plaintiff's complaint be dismissed with prejudice. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 18) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (ECF No. 14) is GRANTED and the Complaint is DISMISSED with prejudice for the reasons set forth in the Report and Recommendation.

A Judgment will be entered consistent with this Order.

Dated: September 30, 2020

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge